250 WEST 78 LLC, Respondent, v PILDES OF 83RD STREET, INC., Defendant, and DAN PILDES, Appellant.

Submitted November 16, 2015; decided December 17, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.